UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**EMPLOYMENT DISCRIMINATION COMPLAINT FOR
PRO SE LITIGANTS IN ACTIONS FILED UNDER
42 U.S.C. § 2000e, *et seq.*, (Title VII of the Civil Rights Act)
29 U.S.C. § 621, *et seq.*, (Age Discrimination in Employment Act); or
42 U.S.C. § 12112, *et seq.*, (Americans with Disabilities Act)**

Linda Chase,
*(Write the full Name of each Plaintiff who is filing this complaint. If the names of all the Plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Louis DeJoy, Postmaster General,

United States Postal Service (Southern) Agency
*(Write the fill name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.: 5:22cv-00102-TKWmJF
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ YES  ☐ NO
LC

NDFL Pro Se 7 (Rev. 12/16) Complaint Employment Discrimination
ClerkAdmin/Official/Forms

1


FILED USDC FLND PN
MAY 31 '22 PM 12:27

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

1. Plaintiff's Name: Linda Chase

   Address: 6513 Harbour Blvd

   City, State, and Zip Code: Panama City Beach, FL 32407

   Telephone: _____ (Home) (219) 201-6722 (Cell)

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page, as needed.)*

B. Defendant(s)

1. Defendant's Name: Louis DeJoy, Postmaster General

   Name of Employer *(if relevant)*: U.S. Postal Service (Southern) NEEOISO

   Address: P.O. Box 21979

   City, State, and Zip Code: Tampa, FL 33622-1979

2. Defendant's Name: _____

   Name of Employer *(if relevant)*: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   *(Attach a page to provide this information for any additional Defendants.)*

## II. BASIS FOR JURSIDICTION

This case is brought for discrimination in employment pursuant to:

*(Check all that apply)*

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. § 2000e - § 2000e-17 *(race, color, gender, religion, national origin)* **(Note: To bring a federal lawsuit under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)**

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. § 621 to § 634. **(Note: To bring a federal lawsuit under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)**

☑ Americans with Disabilities Act of 1990 [A.D.A.], as codified, 42 U.S.C. § 12112 to § 12117. **(Note: To bring a federal lawsuit under the A.D.A.,**

*you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other Federal Law *(be specific)*: The Rehabilitation Act of 1973 + FECA

☑ Relevant State Law *(specify, if known)*: Florida Statutes, Section 1006.63 – Hazing Prohibited

☐ Relevant City or County Law *(specify, if known)*: _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do. Identify how each named Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

① On 12/12-14/2018 + 12/17-19/2018 I was intentionally harassed, ridicules, embarrassed + set at emotional risk – HAZED BY WESLEY FIVEASH,

**Statement of Claim, Continued** *(Page 1 of 2)*

Paul Steele, Postmaster Daniel Tyson, Postmaster Patricia Wofford + Craft Employees. The Hazing caused me to have an anxiety attack + happened at 1336 Sherman Ave, Panama City, FL. On 02/24/2019 Area V.P. Shaun Mossman + District Mgr. David Martin were notified via email + Expressman of the Hazing, but no investigation was conducted. On 02/28/2019, Labor Relation Mgr Joseph Walker was notified of the Hazing, but he did nothing. On 03/11/2019, Human Resource Mgr sent me a letter acknowledging the Express sent to AVP Mossman & DM Martin, but no investigation was done concerning the Inappropriate Behavior (Hazing). On 04/17-18/2019, I asked EEO Specialist, Theresa Collier, HRM Lakeisha Osgood, + Lisa Wolfe for the OIG correspondence (i.e. emails date 02/25/2019), but nothing was provided. Anthony Joy was to provide me Postal Records address in the FOIA Request Response Letter dated 04/03/2019 + signed by Brenda Rahe. Ms. Rahe's letter specifically stated D.M. David F. Martin had jurisdiction of said records for Delayed/Discard Mail..., but Mr. Joy never provided me Mr. Martin's Response.

② On 12/19/2018, Mgr. Customer Svc Tammy Law asked me when I could retire. This was during staff meeting @ 1336 Sherman.

③ Rehabilitation Act of 1973 Violated. ADA + FECA  On 03/08/2019, I learned PM Tyson submitted my CA2 + 26 page statement and all pages were illegible.

**Statement of Claim, Continued** (Page 2 of 2)

Around 12/22/2020 Linda Bedrosian didn't process my CA-7. This is ongoing. Around 4/7-18/2019 Lisa Wolfe & Lakesha Osgood failed to provide OIG correspondence & Anthony R. Joy failed to abide by Brenda Rahe's letter. On 03-11-2019 Sylvia Morris failed to investigate my hazing allegations. All refusals/failures delayed processing of OWCP payments that I am entitled to receive. 05/12/2019, I learned the illegible CA-2 & 26 page statement was improperly handled by Lisa Wolfe, Daniel Tyson, Lakesha Osgood, Claudette Ballard & Sylvia Morris when handbook EL-505 was not followed, causing a delay in processing.

(4) I am a protected class because of my disability and prior EEOC activity. Postmaster D. Tyson, L. Wolfe, L. Osgood, Sylvia Morris & Claudette Ballard retaliated against me as it relates to my CA-2 & 26 page OWCP claim. I filed an EEO against D. Tyson in 2017. A. Joy retaliated against me when he failed to adhere to Brenda Rahe's letter dated 04/03/2019.

(5) Race/Color - I was the only Black/African American Manager, Customer Service in Panama City, FL. D. Tyson, P. Stokes, S. Mossman, D. Martin, J. Walker, S. Morris, & P. Wofford were/are aware of my race/color. With the exception of S. Morris & J. Walker, all others listed were at 1336 Sherman Ave, Panama City, FL during Oct.-Dec. 2018 due to Hurricane Michael, a Category 5 Hurricane. I met J. Walker & S. Morris in 2017. I was hazed in order to take the fall for all delayed/discarded mail for all zip codes in Panama City installation as a result of Hurricane Michael.

A. The discriminatory conduct at issue includes (check all that apply):

☐ Failure to hire

☐ Termination of employment

☐ Failure to promote

☐ Failure to accommodate disability

☑ Unequal terms and conditions of employment

☑ Retaliation

☑ Other acts (specify): USPS ELM 665, Zero Tolerance Policy + Joint Statement on Violence + Behavior in the Workplace

(*ATTENTION: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission may be considered by the federal district court under the federal employment discrimination statutes.*)

B. The alleged discriminatory acts occurred on: 12/12-14/2018; 12/17-19/2018; 3/11/2019; 04/7-19/2019; + 05/21/2019; 12/28/2020

☐ Plaintiff sought employment with Defendant on _____ or

☑ Was employed by Defendant from 03/13/1999 until 03/31/2022

C. The location where Plaintiff was employed or sought employment was:

Address: 1336 Sherman Ave

City, State, and Zip Code: Panama City, FL. 32401

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. Plaintiff filed charges against Defendant with the Equal Employment Opportunity Commission or the Florida Commission on Human Rights on: 03/29/2019; 03/31/2019; 04/18/2019; 04/19/2019; 04/21/2019; 04/25/2019; 06/30/2019; 12/28/2020 AND EEOC/OFO APPEAL 2020004450 ON 07/10/2020

B. Respondent(s) named on the charging document were: WESLEY FIVEASH, DANIEL TYSON, PAUL STEELE, PATRICIA WOFFORD, LISA WOLFE, SHARON MOSSMAN, (PLEASE SEE NEXT PAGE)

✓ *(If possible, <u>att</u>ach a copy of the charges filed.)* PLEASE SEE EXHIBIT 2

C. The Equal Employment Opportunity Commission: *(check one)*

☐ Has not issued a Notice of Right to Sue letter.

☑ Issued a Notice of Right to Sue letter which I received on 03/18/2022

***(Note: You must attach a copy of the Notice of Right to Sue letter received from the Equal Employment Opportunity Commission to this complaint.)*** PLEASE EXHIBITS 1 & 3, & 4

D. As claimed in the Equal Employment Opportunity Commission charging document, Defendant discriminated against Plaintiff because of Plaintiff's:

☑ Gender/Sex *(please identify)* FEMALE

☑ Race *(please identify)* BLACK

☑ Color *(please identify)* DARK BROWN

☑ Religion *(please identify)* CHRISTIAN

☑ National origin *(please identify)* OTHER

RESPONDENT(S) NAMED ON THE CHARGING DOCUMENTS CONT.

DAVID F. MARTIN, LOUIS ALMEDA, Jr., JOSEPH WALKER, SYLVIA MORRIS, LAKEISHA OSGOOD, Theresa Collier, ANTHONY R. JOY, AND CLAUDETTE BALLARD. + LINDA BEDROSIAN

☑ Disability/Perceived Disability *(please identify)* MENTAL

☑ Age *(please provide your year of birth only if you asserting a claim for age discrimination)* 1958

☐ Other *(please identify)* _____

E. Plaintiff:

☐ Filed charges concerning this discrimination with the Florida Commission on Human Relations on ; or

☐ Did not file.

F. If asserting a claim for age discrimination, please indicate the amount of time that has elapsed since filing your charge of age discrimination with the Equal Employment Opportunity Commission regarding the Defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days ore more have elapsed.

☐ Less than 60 days have elapsed.

G. If this is a disability-related claim, did Defendant deny a request for a reasonable accommodation? ☑ Yes   ☐ No

Explain: By way of letter dated 08/03/2020, I WAS DENIED REASONABLE ACCOMMODATION.

H. The facts as set forth above in Section III of this complaint:

☑ Are still being committed by Defendant against Plaintiff

☐ Are no longer being committed by Defendant against Plaintiff

I. Plaintiff:

☐ Still works for Defendant

☑ No longer works for Defendant

☐ Was not hired

## V. RELIEF

Briefly state what damages you are requesting and include the amounts of any actual damages claimed and the basis for these amounts. Include any punitive or exemplary damages requested and state the reasons you believe you are entitled to such damages:

MEDICAL EXPENSES FOR TRAVEL, TREATMENT & MEDICATION IS THE AMOUNT OF $36,450. I HAVE BEEN IN A TREATMENT PLAN SINCE DECEMBER, 2018. I AM ALSO REQUESTING SPECIAL DAMAGES TO COMPENSATE ME FOR FUTURE MEDICAL EXPENSES & OTHER OUT-OF-POCKET EXPENSES AS WELL AS GENERAL DAMAGES FOR EMOTIONAL SUFFERING. I AM REQUESTING GENERAL EXEMPLARY/PUNITIVE DAMAGES FOR LOSS OF CONSORTIUM FOR MY SPOUSE, STANDARD OF LIVING, PHYSICAL PAIN & SUFFERING, AND DUE TO THE ACTIONS/BEHAVIOR OF THE RESPONDENTS BEING GROSS NEGLIGENT, INTENTIONAL & EGREGIOUS.

Plaintiff also requests that the Court grant the following relief to Plaintiff:

☐ Defendant be directed to employ Plaintiff

☐ Defendant be directed to re-employ Plaintiff

☐ Defendant be directed to promote Plaintiff

☑ Defendant be directed to ABIDE BY POSTAL POLICY AS IT RELATES TO ZERO TOLERANCY & JOINT STATEMENT ON VIOLENCE & BEHAVIOR IN THE WORKPLACE

☑ Plaintiff seeks costs and fees involved in litigating this case and such other relief as may be appropriate, including attorney's fees, if applicable.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 05/31/2022   Plaintiff's Signature: *Linda Chase*

Printed Name of Plaintiff: Linda Chase

Address: 6513 Harbour Blvd.

E-Mail Address: lindaChase58@gmail.com

Telephone Number: (219) 201-6722