UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LINDA CHASE,**

    **Plaintiff,**

**v.**                                     **Case No.  5:22-cv-102-TKW-MAF**

**LOUIS DEJOY, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 46).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the claims against Defendants Garland and Coody should be dismissed for failure to state a claim because they are not her employers and that the claims against Defendant DeJoy should be dismissed for lack of service.  Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Defendants Garland and Coody's motion to dismiss (Doc. 40) is **GRANTED**, and the claims against them are **DISMISSED with prejudice**.

3. The claims against Defendant DeJoy are **DISMISSED without prejudice** under Fed. R. Civ. P. 4(m) for lack of service.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 7th day of April, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**